UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY INC., | ) | CASE NO. 1:02 CV 808 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| ROBERT J. LUCIA et al., | ) | |
| Defendants. | ) | |

### ENTRY OF DISMISSAL

The Parties having filed of record the settlement agreements between and among all parties in this case, and those settlement agreements now having been approved by the United States Bankruptcy Court for the District of Delaware and the Franklin County, Ohio Court of Common Pleas on August 22, 2005 and August 29, 2005, respectively, and upon the stipulation of all parties, it is hereby ORDERED and ADJUDGED that

All Claims, Counterclaims and Cross-Claims in this matter are hereby DISMISSED with prejudice, each party to bear and pay its own costs and attorney fees.

IT IS SO ORDERED.

September 8, 2005                                s/John R. Adams
Date                                                       John R. Adams
                                                                U.S. District Judge

Case: 1:02-cv-00808-JRA Doc #: 237 Filed: 09/08/05 2 of 4. PageID #: 2614

AGREED:

/s/ René E. Browne
HOGAN & HARTSON L.L.P.
David Newmann
1515 Market Street, Suite 1630
Philadelphia PA 19102
(215) 864-8089 phone
(215) 569-4963 fax
dnewmann@hhlaw.com

René Browne
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-6965 phone
(202) 637-5910 fax
rbrowne@hhlaw.com

Counsel for Plaintiff Executive Risk Indemnity Inc. and Third-Party Defendant Executive Risk Specialty Insurance Co.

/s/ Thomas J. Hennessey by RB w/consent
Thomas J. Hennessey
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8520 phone
(617) 951-8736 fax
thomas.hennessey@bingham.com

Counsel for Intervenor Sean C. Logan, Trustee of PRS Insurance Group and its Debtor Subsidiaries

/s/ Gregory A. Harrison by RB w/consent
Gregory A. Harrison (0029814)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East 5th Street
Cincinnati, Ohio 45202
(513) 977-8314
(513) 977-8141 fax
greg.harrison@dinslaw.com

Counsel for Intervenor Ann H. Womer Benjamin, Liquidator of Credit General Insurance Company and Credit General Indemnity Company

/s/ William D. Beyer by RB w/consent
William D. Beyer, Esq.
William Joseph Baker, Esq.
Wuliger, Fadel & Beyer
1340 Sumner Court
Cleveland, Ohio 44115

Counsel for Robert J. Lucia

/s/ Dean S. Hoover by RB w/consent
Dean S. Hoover
Hoover Legal Associates
230 North Main Street
Hudson, Ohio 44236

Counsel for Gregory A. Fazekash

/s/ Harold E. Farling by RB w/consent
Harold E. Farling, Esq.
Kovach & Farling Co., LPA
925 Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114-1401

Counsel for Laura B. Darcy &
Richard J. Babel


/s/ Barry W. Moses by RB w/consent
Barry W. Moses, *pro se*
330 Grenway Road
Shaker Heights, Ohio 44122

/s/ Lewis Battaglia by RB w/consent
Mr. Lewis Battaglia, *pro se*
2785 Loreto Drive
Willoughby Hills, Ohio 44094


/s/ Stephen Greenfield by RB w/consent
Mr. Stephen Greenfield, *pro se*
7365 Joseph Drive
Solon, Ohio 44139

/s/ Bryan K. Griffin by RB w/consent
Mr. Bryan K. Griffin, *pro se*
127 Whittlesey Drive
Tallmadge, Ohio 44278


/s/ Michael J. Saxon by RB w/consent
Mr. Michael J. Saxon, *pro se*
514 Brookstone Ct.
Copley, Ohio 44321

/s/ John Fehler by RB w/consent
Mr. John Fehler, *pro se*
3515 Courtland Road
Pepper Pike, Ohio 44122


/s/ John Boyko by RB w/consent
Mr. John Boyko, *pro se*
4118 Overbrook Drive
Brecksville, Ohio 44141-1845

/s/ Ronald E. Pipoly by RB w/consent
Mr. Ronald E. Pipoly, Jr., *pro se*
6571 Deer Haven Drive
Painesville, Ohio 44077-5937

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, a copy of foregoing stipulated Entry of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this filing also is being served by mail, first-class postage prepaid, to:

John Boyko
4118 Overbrook Dr.
Brecksville, OH 44141

John H. Fehler
3515 Courtland Rd.
Beachwood, OH 44122-4280

Stephen Greenfield
7365 Joseph Drive
Solon, OH 44139

Ronald E. Pipoly
6571 Deer Haven Drive
Painesville, OH 44077-5937

Lewis Battaglia
2785 Loreto Drive
Willoughby Hills, OH 44094

Michael J. Saxon
514 Brookstone Ct.
Copley, OH 44321

Bryan K. Griffin
127 Whittlesey Drive
Tallmadge, OH 44278

/s/ René Browne
René Browne